**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Taurus Lamare Thompson, Appellant.

Appellate Case No. 2012-212659

———————————

Appeal From York County
Michael G. Nettles, Circuit Court Judge

———————————

Unpublished Opinion No. 2014-UP-228
Submitted March 1, 2014 – Filed June 18, 2014

———————————

**AFFIRMED**

———————————

Appellate Defender Carmen Vaughn Ganjehsani, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Christina J. Catoe, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Bailey*, 368 S.C. 39, 43 n.4, 626 S.E.2d 898, 900 n.4 (Ct. App. 2006) ("If a defendant presents evidence after the denial of his directed verdict

motion at the close of the State's case, he must make another directed verdict motion at the close of all evidence in order to appeal the sufficiency of the evidence."); *State v. Harry*, 321 S.C. 273, 277, 468 S.E.2d 76, 79 (Ct. App. 1996) ("A motion for a directed verdict made at the close of the [State's] case is not sufficient to preserve error unless renewed at the close of all the evidence, because once the defense has come forward with its proof, the propriety of a directed verdict can only be tested in terms of all the evidence.") (citation omitted).[1]

**AFFIRMED.**[2]

**FEW, C.J., SHORT, and GEATHERS, JJ., concur.**

---

[1] Appellant's reliance on *Norell Forest Products v. H & S Lumber Co.*, 308 S.C. 95, 417 S.E.2d 96 (Ct. App. 1992), *rev'd on other grounds*, 310 S.C. 368, 426 S.E.2d 800 (1993), is misplaced, as *Norell* is a civil case in which this court's holding was based in part on Rule 52(b) of the South Carolina Rules of Civil Procedure.

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.